IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITEDHEALTHCARE<br>OF ILLINOIS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 01-479C<br>(Judge Allegra) |

JOINT STATUS REPORT

Pursuant to this Court's order directing the parties to submit a joint status report on or before February 10, 2004, the parties respectfully submit the following joint status report:

The parties have tentatively agreed to settlement terms that can be recommended to the appropriate settlement authority within the Department of Justice. Counsel for plaintiff has submitted a written settlement proposal and a draft settlement agreement to the Government. Counsel for the Government will finalize the required internal memorandum regarding the proposed settlement and submit it for review shortly. In light of the above, the parties respectfully request that the Court stay all proceedings in this case to provide the parties with the opportunity to complete the settlement process.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ Christopher Flynn

CHRISTOPHER FLYNN
King, Pagano & Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20006
(202) 371-6800
Facsimile: (202) 371-6770

Counsel for Plaintiff UnitedHealthcare of Illinois, Inc.

Dated: February 9, 2004

s/ Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
Washington, DC 20530
(202) 305-7562
Facsimile: (202) 353-7988

Attorneys for Defendant

Dated: February 9, 2004

Certificate of Filing

I hereby certify that on February 10, 2004, a copy of foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder