IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITEDHEALTHCARE<br>OF ILLINOIS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 01-479C<br>(Judge Allegra) |

JOINT STATUS REPORT

Pursuant to this Court's order directing the parties to submit a joint status report on or before April 12, 2004, the parties respectfully submit the following joint status report:

The parties have tentatively agreed to settlement terms that can be recommended to the appropriate settlement authority within the Department of Justice. Counsel for the Government has prepared the required internal memorandum regarding the proposed settlement. The memorandum has been reviewed by Government counsel's supervisor and returned for additional changes. At the Government's request, plaintiff's counsel has submitted a revised letter to clarify certain non-monetary aspects of the settlement proposal. This letter was requested to enable the agency to make a formal recommendation regarding the proposed settlement. Government counsel intends to resubmit the internal settlement paperwork in an expeditious manner. In light of the above, the parties respectfully request that the Court stay all proceedings in this case to provide the parties with the opportunity to complete the settlement process.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ Christopher Flynn

CHRISTOPHER FLYNN
King, Pagano & Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20006
(202) 371-6800
Facsimile: (202) 371-6770

Counsel for Plaintiff UnitedHealthcare of Illinois, Inc.

Dated: April 12, 2004

s/ Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
Washington, DC 20530
(202) 305-7562
Facsimile: (202) 353-7988

Attorneys for Defendant

Dated: April 12, 2004

Certificate of Filing

I hereby certify that on April 12, 2004, a copy of foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard P. Schroeder