**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNITEDHEALTHCARE OF ILLINOIS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 01-479C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's February 11, 2004 Order directing the parties to submit a joint status report every 60 days regarding the progress of settlement, the parties submit the following status report:

The parties tentatively agreed to settlement terms that could be recommended to the appropriate settlement authority within the Department of Justice on or about February 6, 2004. Counsel for the Government has prepared the required internal memorandum regarding the proposed settlement. Review of the settlement at the National Courts Section level has been completed. The memorandum was sent for higher level review and approval several weeks ago. In light of the above, the parties respectfully request that the Court continue to stay all proceedings in this case to provide the parties with the opportunity to complete the settlement process.[1]

1 Plaintiff further states that it has been awaiting approval of this settlement for over six months now. Absent immediate progress, counsel for Plaintiff believes that a status conference with the Court would assist in the ultimate resolution of this dispute.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

___________/s/_______________
CHRISTOPHER FLYNN
King, Pagano & Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20006
(202) 371-6800
Facsimile: (202) 371-6770

Counsel for Plaintiff UnitedHealthcare of Illinois, Inc.

Dated: August 10, 2004

RICHARD P. SCHROEDER
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
Washington, DC 20530
(202) 305-7562
Facsimile: (202) 353-7988

Attorneys for Defendant

Dated: August 10, 2004

**CERTIFICATE OF FILING**

I hereby certify that on August 10, 2004, a copy of foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Andrew B. Dahlinghaus