**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNITEDHEALTHCARE OF ILLINOIS, INC.,** | ) | |
| **plaintiff,** | ) | |
| **v.** | ) | **No. 01-479C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's February 11, 2004 order directing the parties to submit a joint status report every 60 days regarding the progress of settlement, the parties submit the following status report:

The parties have agreed to the terms of the settlement of this matter. On October 12, 2004, counsel for plaintiff UnitedHealthcare of Illinois, Inc. ("United") forwarded to counsel for defendant an executed original of the Settlement Agreement in this matter. The parties anticipate that defendant will execute the Agreement immediately and that the Agreement, along with other required submissions, will be forwarded to the Treasury Department for payment of the settlement proceeds.

In light of the above, the parties respectfully request that the Court continue to stay all proceedings in this case to provide the parties with the opportunity to complete the settlement process.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ Christopher Flynn

CHRISTOPHER FLYNN
King, Pagano & Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20006
(202) 371-6800
Facsimile: (202) 371-6770

Counsel for plaintiff UnitedHealthcare of Illinois, Inc.

Dated: October 12, 2004

s/ Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
Washington, DC 20530
(202) 305-7562
Facsimile: (202) 353-7988

Attorneys for defendant

Dated: October 12, 2004

**CERTIFICATE OF FILING**

I hereby certify that on October 12, 2004, a copy of foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. parties may access this filing through the Court's system.

__/s/__

Andrew B. Dahlinghaus