**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **UNITEDHEALTHCARE OF ILLINOIS, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 01-479C**<br>**(Judge Allegra)** |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, the Parties hereby stipulate that the above-captioned case is dismissed with prejudice. Each party shall bear its own attorney's fees and costs in the above action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Christopher Flynn
CHRISTOPHER FLYNN
King, Pagano & Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20006
(202) 371-6800

Counsel for Plaintiff UnitedHealthcare of Illinois, Inc.

Dated: January19, 2005

s/Richard P. Schroeder
RICHARD P. SCHROEDER
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, DC 20530
(202) 305-7562
Attorneys for Defendant

Dated: January 24, 2005

**CERTIFICATE OF FILING**

I hereby certify that on January 24, 2005 a copy of foregoing STIPULATION OF DISMISSAL was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

`

s/ Richard P. Schroeder
Richard P. Schroeder