IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITEDHEALTHCARE OF ILLINOIS, INC., Plaintiff, | ) | |
| v. | ) | No. 01-479C (Judge Allegra) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

MOTION FOR LEAVE TO FILE STATUS REPORT OUT OF TIME

Defendant, the United States, respectfully requests that the Court grant leave for the Government to file the accompanying joint status report out of time. The joint status report was due December 13, 2004. The grounds for this motion are set forth below.

A settlement agreement in the above-referenced action was countersigned by the Government shortly after the parties submitted their previous status report, which was filed October 12, 2004. The parties had agreed that the stipulation of dismissal would not be filed until after the settlement proceeds were paid. In a letter dated December 7, 2004, plaintiff's counsel authorized the Government to file the stipulation of dismissal. Because the Government did not file the stipulation of dismissal prior to the deadline for filing the joint status report, a joint status report should have been filed on December 13, 2004. However, counsel for the Government inadvertently had not docketed the December 13, 2004 deadline for filing the status report. Consequently, a status report was not prepared or filed.

Undersigned counsel apologizes for any inconvenience caused by his oversight and the late filing of the status report. We note that the stipulation of dismissal has now been filed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
Washington, DC 20530
(202) 305-7562
Facsimile: (202) 353-7988

Attorneys for Defendant

Dated: January 24, 2005

Certificate of Filing

I hereby certify that on January 24, 2005, a copy of foregoing MOTION FOR LEAVE TO FILE STATUS REPORT OUT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard P. Schroeder

Richard P. Schroeder