IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITEDHEALTHCARE OF ILLINOIS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-479C (Judge Allegra) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's February 11, 2004 order directing the parties to submit a joint status report every 60 days regarding the progress of settlement, the parties submit the following status report, out of time:

This matter has been settled and the settlement proceeds have been paid. A stipulation of dismissal with prejudice has now been filed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/Christopher Flynn

CHRISTOPHER FLYNN
King, Pagano & Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20006
(202) 371-6800
Facsimile: (202) 371-6770

Counsel for Plaintiff UnitedHealthcare of Illinois, Inc.

Dated: January 18, 2005

s/ Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
Washington, DC 20530
(202) 305-7562
Facsimile: (202) 353-7988

Attorneys for Defendant

Dated: January 24, 2005

Certificate of Filing

I hereby certify that on January 24, 2005, a copy of foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard P. Schroeder

Richard P. Schroeder